March 2, 1999

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 98-1221
(CA-96-167-7-F1)
_____


HERMAN J. PHILLIPS,

                              Plaintiff - Appellant,

        versus


KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                              Defendant - Appellee.


_____

O R D E R
_____


    The opinion and judgment filed March 1, 1999, is hereby
vacated.

                         FOR THE COURT - BY DIRECTION


                         /s/ Patricia S. Connor
                         _____
                                    CLERK